**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6796**

ALVIN STALLINS-EL,

                Petitioner - Appellant,

      v.

UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF
VIRGINIA NORFOLK,

                Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:12-cv-00070-RAJ-FBS)

Submitted:  September 12, 2012    Decided:  September 28, 2012

Before NIEMEYER, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alvin Stallins-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Stallins-El, a federal prisoner, appeals the district court's order dismissing as moot his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Stallins-El v. U.S. Dist. Court, No. 2:12-cv-00070-RAJ-FBS (E.D. Va. Apr. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED